391271

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA  06-238 M-01.

| UNITED STATES OF AMERICA vs. ROBBINSON, JOHN K | Violation Notice Number(s) P148138 EV66 | Violation Date(s) 05/01/2004 |
|---|---|---|
| Defendant | URINATION IN PUBLIC | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

**FILED**
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the Amount of $ __360.00__ may be Forfeited in Lieu of Appearance.

Date __7/22/04__

_____
United States Magistrate Judge

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT

| | DATE | LOCATION |
|---|---|---|
| | | |

Name: Sean McLeod  Title: SDUSM  District: WASH DC
Date: 5-22-06  Signature: Sean McLeod