06-238 M-01.

# United States District Court
## Violation Notice

Violation No: P 148138

Loc Code: EV46
Print Officer's Name: McKINNEY
Officer No: 489

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date & Time of Offense: 7/1/04 7:30pm
Offense Charged: 36 I.F 40.3(2)
Place of Offense: GRAVELLY POINT
Offense Description: URINATING IN PUBLIC / UIP

Defendant's Last Name: Robbinson
First Name: John
M/F: M

Street:
VEHICLE DESCRIPTION
Vehicle Tag No: NONE
Vehicle Tag State / Year / Vehicle Make / Vehicle Color

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

☐ I wish to terminate this matter by paying the collateral shown below. enclosed.
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address (circle one):
U.S. District Court
3rd & Constitution Ave, NW
Washington DC 20001
(202) 273-0555

U.S. District Court
401 Courthouse Sq.
Alexandria VA 22314
(703) 299-2199

U.S. District Court
6525 Belcrest Rd Rm 400
Hyattsville MD 20782
(301) 344-3335

Date: 7/1/04
Time: 9:00am

Collateral (fine): 120
For payment by credit card SEE INSTRUCTIONS
Original - CVB Copy

Physical Description:
Sex: M  Race: B  Height: 5'11"  Weight: (Cloudy) Medium Heavy  Hair  Eyes
(Check One) Adult / Juvenile

Traffic Conditions
Weather Conditions: Clear  Rain  Snow  Ice  Fog
Light: (Light) Medium Heavy

SPS Form 10-Sta. Rev 5/97

P148138

# FILED
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on July 1, 2004 while exercising my duties as a law enforcement officer in the __ District of __

WHILE PATROLLING GRAVELLY POINT I OBSERVED JOHN ROBBINSON URINATING NEXT TO A VEHICLE. ROBBINSON SAW MY FULLY MARKED CRUISER BUT CONTINUED TO URINATE WHILE A FAMILY WITH CHILDREN WERE ONE CAR AWAY.

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __ 7/1/04
Date  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: 7/2/04
Date  U.S. Magistrate Judge

CVR Scan 5/19/2004 14:20:51



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
### EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. ROBBINSON, JOHN K | Violation Notice Number(s) P148138 EV66 | Violation Date(s) 05/01/2004 |
|---|---|---|
| *Defendant.* | URINATION IN PUBLIC | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ __360.00__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE: 7-23-04
PHONE:



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
### EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. ROBBINSON, JOHN K | Violation Notice Number(s) P148138 EV66 | Violation Date(s) 05/01/2004 |
|---|---|---|
| Defendant | URINATION IN PUBLIC | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ __360.00__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

If already paid please call 703-299-2145 or 1-800-827-2982 so that the warrant may be recalled.

2Nd Notice 8-16-04

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

Sincerely,
John F. Clark
UNITED STATES MARSHAL
BY __JANICE BROWN__ FOR
DEPUTY UNITED STATES MARSHAL
ROB HAASE
DATE OF NOTICE: 07/23/2004
PHONE: 703-837-5501

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY