**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 6/1/06

RECEIVED MAILROOM
JUN - 2 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: U.S.D.C. Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798
RE: 06MG238 John K. Robbinson

FILED
JUN 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet

X   Warrant/Viol Notice

    Minute Order Appointing Counsel

    Corporate Surety Bond

    Personal Surety Bond

X   Other- Blotter dated 5/30/06 and 5/22/06.

    Warrant of Removal

    Order of Removal

    Detention Order

X   Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk